IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FRANK WIDDIFIELD,                                              6:14-cv-00780-MA

          Petitioner,                                     ORDER

   v.

JEFF PREMO,

          Respondent.

MARSH, Judge

    Petitioner's motion to voluntarily dismiss (#22) is GRANTED. This proceeding is DISMISSED, without prejudice. Because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is DENIED. See 28 U.S.C. § 2253(c)(2).

    IT IS SO ORDERED.

    DATED this /2 day of January, 2015.

                                                        *Malcolm F. Marsh*
                                                        Malcolm F. Marsh
                                                        United States District Judge

1 - ORDER